IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOSEF SMITH,<br><br>　　　　　　Plaintiff<br><br>-against-<br><br>JPMORGAN CHASE & COMPANY,<br><br>　　　　　　Defendant | C.A. No.: 2:20-cv-01777-CBM-PJW<br><br><br>**DISMISSAL ORDER [JS-6** |

**IT IS HEREBY ORDERED:**

　　THAT pursuant to the parties' March 19, 2021 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No: **2:20-cv-01777-CBM-PJW**, are dismissed with prejudice; and

　　THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS 24TH day of MARCH, 2021.**

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE CONSUELO B. MARSHALL
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE